**Darius J. WHITSON, Sr., Appellant,**

v.

**Mary Ann L. MEDLER, Judge; David
D. Noce, Judge, Appellees.**

No. 03–1331.

United States Court of Appeals,
Eighth Circuit.

Submitted: April 1, 2004.

Decided: April 9, 2004.

Darius J. Whitson, Sr., St. Louis, MO, pro se.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Darius Whitson appeals the district court's[1] preservice dismissal under 28

---

* The Honorable Richard H. Kyle, United States District Judge for the District of Minnesota.

[1]. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

U.S.C. § 1915(e)(2)(B) of his complaint seeking the removal of two magistrate judges. Following de novo review, *see Moore v. Sims*, 200 F.3d 1170, 1171 (8th Cir.2000) (per curiam), we agree with the district court that dismissal was appropriate. Accordingly, we affirm under 8th Circuit Rule 47B. We also grant Whitson leave to proceed in forma pauperis, and we remand for the district court to assess and collect the appellate filing fee.